UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:09-CR-34-T-17

ALFONZO LEE JOE
_____/

**ORDER**

**UPON DUE CONSIDERATION** of the United States Probation Office's Supplemental Presentence Report, as well as the parties' responses to that report (Docs.49 and 50), the Court finds and concludes that Defendant is not eligible for a reduction in his base offense level pursuant to Amendment 750 of the United States Sentencing Guidelines. Therefore, the motion for reduction (Doc. 44) be **denied**

**DONE and ORDERED** at Tampa, Florida, on this 12th day of April, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Defendant